## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES J. DITKOFF, | |
| *Plaintiff*, | |
| v. | Civil Action No. 25 - 1190 (LLA) |
| ANDREW B. WOLFF, *et al.*, | |
| *Defendants*. | |

## ORDER

Plaintiff Charles J. Ditkoff, proceeding pro se, filed this civil action on April 16, 2025. ECF No. 1. He names two individuals as Defendants. *Id.* at 1. Mr. Ditkoff is not proceeding *in forma pauperis* and is therefore responsible for timely service of a summons and a copy of the complaint on each Defendant. Fed. R. Civ. P. 4(c). Mr. Ditkoff must submit summonses to the Deputy Clerk for signature before he can serve them on Defendants. *Id.* R. 4(b); *see* U.S. District Court for the District of Columbia, *Pro Se Non-Prisoner Handbook*.[1]

A plaintiff may not effect service himself. Fed. R. Civ. P. 4(c)(2); *see Johnson-Richardson v. Univ. of Phoenix*, 334 F.R.D. 349, 353 (D.D.C. 2020) ("Under Federal Rule of Civil Procedure 4(c)(2), a party to the action is not qualified to effect service."). Instead, he may cause service to be effected by:

> (1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made; or

---

[1] *Available at* https://perma.cc/BPN7-345M.

(2) doing any of the following:

> (A) delivering a copy of the summons and of the complaint to the individual personally;
>
> (B) leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there; or
>
> (C) delivering a copy of each to an agent authorized by appointment or by law to receive service of process.

Fed. R. Civ. P. 4(e). Additionally, unless service is waived, the plaintiff must file proof of service with the court. *Id.* R. 4(*l*).

Failure to properly effect service may result in the dismissal of the case. Specifically:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

*Id.* R. 4(m). As of the date of this order, Mr. Ditkoff has not provided summonses to the court for the Deputy Clerk's signature. Accordingly, it is hereby

**ORDERED** that on or before **July 16, 2025**, Mr. Ditkoff shall submit summonses to the court for the Deputy Clerk's signature, cause process to be served upon Defendants as described above, and file proof of service with the court or establish good cause for the failure to do so. Failure to do so will result in dismissal of the case.

**SO ORDERED.**

_____
LOREN L. ALIKHAN
United States District Judge

Date:   April 21, 2025

2