Charles J. Ditkoff
115 Central Park West, Apt 8b
New York, NY 10023
646.770.4291
Cjditkoff@gmail.com

US District Court for the District of Columbia     July 28, 2025
333 Constitution Avenue, N.W.
Washington, D.C. 20001

<u>Motion to Withdraw Pursuant to FRCP 41 —Ditkoff vs Wolff et al 25 — CV — 01190 (LLA)</u>

To the Honorable Judge AliKhan:

I am *pro se* Plaintiff in the above-captioned action (the "Acton"). Due to a recently arisen hardship[1] (related to my wife's family which requires my full attention) and a new obligation (and pleasure) to help care for my recently born first grandchild, I no longer have sufficient time to diligently pursue the Action. Accordingly, although I believe I have meritorious claims in the Action and have strong arguments in reply to Defendants' motion(s) to dismiss, pursuant to Rule 41 of the Federal Rules of Civil Procedure I move to voluntarily dismiss the case (*with prejudice*).

I have appreciated the Court's consideration and time.

Please return to me by email to cjditkoff@gmail.com a date/time stamped copy of this motion. I apologize in advance if, as a *pro se* Plaintiff, I have made a technical error or failed to meet a condition for this filing. If that is the case, please email me at cjditkoff@gmail.com or call me at (646) 770-4291 so I can correct my error promptly.

Charles J. Ditkoff
115 Central Park West, Apt 8b
New York, NY 10023
646.770.4291
Cjditkoff@gmail.com

---

[1] If required I would be happy to provide the Court (on a confidential basis) the specifics of the change of circumstances which require me to withdraw the Action.



RECEIVED
JUL 28 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia